# BERGER & WEBB, LLP
### ATTORNEYS AT LAW
7 TIMES SQUARE, 27TH FLOOR
NEW YORK, NY 10036
(212) 319-1900

CHARLES S. WEBB III
STEVEN A. BERGER
THOMAS E. HONE
KENNETH J. APPLEBAUM
JONATHAN ROGIN
JUDITH Z. KATZ
ADAM H. BRODSKY

FAX
(212) 319-2017
(212) 319-2018

WWW.BERGERWEBB.COM

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK
U.S.D.J.** 8/10/2018

The initial pre-trial conference scheduled for August 31, 2018 is adjourned until September 7, 2018 at 10:30 a.m.

**By ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

    Re:    *The Chefs Warehouse Inc., et al. v. John DeBenedetti, et al.*
            Case No.: 18-CV-2811 (VSB)

Dear Judge Broderick:

    We represent the Defendants in the referenced action, and I am writing pursuant to Rule 1(H) of Your Honor's Individual Practices to request an adjournment of the Initial Conference currently scheduled for August 31, 2018. This conference had been scheduled for August 9, was subsequently adjourned by the Court to August 10, 2018, and then based on Plaintiffs' counsel's unavailability on that date, the Court adjourned the conference to August 31, 2018. (The parties had proposed August 13 or 14 but the Court was unavailable.) I have a conflict on August 31st in that I plan to be away on vacation with my family the week before Labor Day. We respectfully request that the conference be further adjourned to any of the following dates: September 5, 6, 7 (morning only), 12 and 14, if the Court is available on any of those dates. Plaintiffs' counsel has consented to this request. There are no other dates currently on the Court's calendar that would change based on this adjournment request.

    Respectfully submitted,

    Jonathan Rogin

cc    Steven Cooper, Esq. (by ECF)
      *Attorney for Plaintiffs*

92569.1